FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-2683
_____

RONALD WILLIAMS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


October 5, 2018


PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the merits.

    B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ronald Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.